RECEIVED
JAN 10 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

SCOTT MEYER, Plaintiff(s),

vs.

1) OLMSTED COUNTY COURT
2) HANS HOLLAND, COURT ADMINISTRATOR
3) "KIM", COURT CLERK
4) JOHN/JANE DOE – OTHER UNNAMED DEFENDANTS
5) "GAYLA", COURT CLERK

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

Case No. 24-cv-73 DWF/JFD
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES ☒    NO ☐

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiff

    Name: SCOTT MEYER
    Street Address: 4820 ALPHA PKWY NW, APT 224
    County, City: OLMSTED COUNTY, ROCHESTER
    State & Zip Code: MN 55901
    Telephone Number: 858-254-1204

SCANNED
JAN 10 2024
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name OLMSTED COUNTY COURT
   Street Address 151 SE 4TH ST., 4th FLOOR
   County, City OLMSTED COUNTY, ROCHESTER
   State & Zip Code MN 55904

   b. Defendant No. 2

   Name "KIM", OLMSTED COUNTY COURT CLERK
   Street Address 151 SE 4th ST., 4TH FLOOR
   County, City OLMSTED COUNTY, ROCHESTER
   State & Zip Code MN 55904

   c. Defendant No. 3

   Name HANS HOLLAND - OLMSTED COUNTY COURT ADMINISTRATOR
   Street Address 151 SE 4TH ST., 4th FLOOR
   County, City OLMSTED COUNTY, ROCHESTER
   State & Zip Code MN 55904

   d. See attached

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☒
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒ Federal Question    ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply. 42 USC 1983
   - 2nd AMENDMENT
   - DUE PROCESS CLAUSE 5th & 14th AMENDMENT

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                       State of Citizenship:

   Defendant No. 1:     N/A              State of Citizenship:

   Defendant No. 2:                      State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☒ Defendant(s) reside in Minnesota    ☒ Facts alleged below primarily occurred in Minnesota
   ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. SEE ATTACHED STATEMENT OF CLAIM

SEE MEMORANDUM OF LAW, POINTS, AUTHORITIES

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☒
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

- INJUNCTIVE RELIEF
- DECLARATORY RELIEF
- PUNITIVE DAMAGES
- OTHER RELIEF THE COURT DEEMS FAIR, JUST, & EQUITABLE
- Attorney's Fees & Costs

Signed this _January 9,_ day of _2024_

Signature of Plaintiff _[signature]_

Mailing Address  4820 ALPHA BLVD NW
APT 224
ROCHESTER, MN 55901

Telephone Number  858-254-1204

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.

Additional defendants:

2. d. "Gayla", Olmsted County Court Clerk
151 SE 4th St, 4th Floor
Olmsted County, Rochester
MN 55904

RECEIVED
JAN 10 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JAN 10 2024
U.S. DISTRICT COURT MPLS