RECEIVED

JAN 10 2024

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

STATE OF MINNESOTA

IN SUPREME COURT

A18-1185

Emily Peterson,

        Respondent,

vs.

Scott Howard Meyer,

        Petitioner.

ORDER

        Based upon all the files, records, and proceedings herein,

        IT IS HEREBY ORDERED that the petition of Scott Howard Meyer for further review be, and the same is, denied.

Dated: August 6, 2019    BY THE COURT:

        s/ _____

        Lorie S. Gildea
        Chief Justice

SCANNED

JAN 10 2024

U.S. DISTRICT COURT MPLS

A-3


EXH 3